No. 3280. RIVERA, APPELLEE, v. REYES ET AL., APPELLANTS. —District Court of Aguadilla. Decided March 6, 1924. Motion for dismissal on the ground that the appellee was not given notice of the appeal overruled because the clerk of the district court certified that one of the attorneys for the ap-

pellants filed an affidavit stating that he had mailed such notice.